**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6690**

———————————

In Re: VERNON BULLOCK,

                                        Petitioner.

———————————

On Petition for Writ of Mandamus.  (CA-03-280-5)

———————————

Submitted:  July 29, 2004          Decided:  August 5, 2004

———————————

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Vernon Bullock, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vernon Bullock petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2000) case. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has dismissed Bullock's § 2241 petition. Because the district court has recently decided Bullock's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED